[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 23, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-10019
Non-Argument Calendar

_____

D. C. Docket No. 04-00026-CR-002-WDO-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAWANNA STEWART,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(August 23, 2007)**

Before ANDERSON, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Scott C. Huggins, appointed counsel for Tawanna Stewart in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Our independent review of the entire record reveals counsel's assessment

of the relative merit of the appeal is correct. Because independent examination of

the entire record reveals no arguable issues of merit, counsel's motion to withdraw

is **GRANTED**, and the revocation of Stewart's supervised release and

accompanying sentence are **AFFIRMED**.